

Eckert Seamans Cherin & Mellott, LLC
10 Bank Street
Suite 700
White Plains, NY 10606

TEL: 914 949 2909
FAX: 914 949 5424

Kelly Robreno Koster
Direct Dial: (914) 286-2807
kkoster@eckertseamans.com

July 16, 2020

**Via ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Pratt v. Atalian Global Services, Inc. et al. (20-cv-3710)*
**Letter Motion to Seal**

Dear Judge Engelmayer:

We represent Defendants Atalian US New England, LLC ("Atalian"), Atalian Global Services, Inc. ("Global Services"), and La Financiere Atalian S.A.S. ("La Financiere") in the above-captioned matter. On Monday, July 13, 2020, we filed two motions to dismiss the complaint: one of behalf of Atalian, and one on behalf of Global Services and La Financiere. Shortly after filing, it came to our attention that Exhibit A of Atalian's motion to dismiss inadvertently included 5 pages that were not supposed to be part of Exhibit A. We alerted opposing counsel and they have requested that we have the five pages removed from the docket. Atalian does not oppose this request.

After consulting with the Southern District's ECF Helpdesk and the Quality Assurance Department of the Clerk's office, we were advised to write the instant Letter Motion to Your Honor and request that pages 73-77 of ECF No. 16-2 be sealed. Accordingly, in acquiescence with Plaintiff's request, Defendant Atalian respectfully requests that the Court seal pages 73-77 of ECF No. 16-2.

Please note that the original motions to dismiss have been refiled as ECF Nos. 22-27 to comply with docketing rules. ECF No. 24-1 contains the corrected Exhibit A without the extra five pages.

{V0652713.1}



Honorable Paul A. Engelmayer
July 16, 2020
Page 2

    Should the Court have any questions regarding the above, please do not hesitate to contact the undersigned.

Respectfully submitted,

*Kelly Robreno Koster*

Kelly Robreno Koster, Esq.

KRK/

cc:    All Counsel of Record (via ECF)
       David Laigaie, Esq. (via email)
       Mark C. Levy, Esq. (via email)

7/20/2020

Granted. The Clerk of Court is directed to restrict docket number 16-2 for the Court and the parties' view only.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

{V0652713.1}