UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLENN A. PRATT,

                                    Plaintiff,

                    -v-

ATALIAN GLOBAL SERVICES, INC., et al,

                                    Defendants.

20 Civ. 3710 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

        On July 15, 2020, defendants filed motions to dismiss the complaint under Rule 12 of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

        Accordingly, it is hereby ORDERED that plaintiff shall file any amended complaint by August 5, 2020. No further opportunities to amend will ordinarily be granted. If plaintiff does amend, by August 26, 2020, defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiff, stating that they rely on the previously filed motion to dismiss.[1]

        It is further ORDERED that if no amended complaint is filed, plaintiff shall serve any opposition to the motion to dismiss by August 5, 2020. Defendants' reply, if any, shall be served by August 19, 2019. At the time any reply is served, the moving party shall supply the Court with courtesy copies of all motion papers via email to EngelmayerNYSDChambers@nysd.uscourts.gov.

---

[1] If defendants file a new motion to dismiss or rely on their previous motion, plaintiff's opposition will be due 14 days thereafter, and defendants' reply, if any, will be due seven days after that.

2

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 24, 2020
       New York, New York