UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLENN A. PRATT,<br><br>                                          Plaintiff,<br>                    -v-<br><br>ATALIAN GLOBAL SERVICES INC.,<br>ATALIAN US NEW ENGLAND, LLC, and<br>LA FINANCIERE ATALIAN S.A.S.,<br><br>                                          Defendants. | 20 Civ. 3710 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

An initial pretrial conference in this matter is presently scheduled for September 4, 2020, at 2:00 p.m.  Dkt. 41.  Due to a scheduling conflict, that conference is rescheduled for 11:30 a.m. the same day.

This conference will remain telephonic.  The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key.  **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: September 2, 2020
         New York, New York