UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLENN A. PRATT,<br><br>                        Plaintiff and Counterclaim-Defendant,<br><br>         -v-<br><br>ATALIAN GLOBAL SERVICES INC., et al.,<br><br>                        Defendants and Counterclaim-Plaintiffs. | 20 Civ. 3710 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

      The Court has received a letter from Atalian Global Services and Atalian New England, LLC, seeking to compel Glenn Pratt to comply with various discovery obligations, and Pratt's response to that letter motion. *See* Dkts. 62–63. In Pratt's response, he represents that he intends to file his own letter, challenging defendants' discovery responses, by Monday, March 22, 2021.

      The Court intends to resolve these disputes together. Pratt is directed to file his letter by **Monday, March 22, 2021**. Atalian shall file any response by **Thursday, March 25, 2021.** A decision on both parties' letter motions will then issue in due course.

      SO ORDERED.

                                                *Paul A. Engelmayer*
                                            PAUL A. ENGELMAYER
                                            United States District Judge

Dated: March 18, 2021
           New York, New York