UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| GLENN A. PRATT, | | |
| | Plaintiff and Counterclaim-Defendant, | 20 Civ. 3710 (PAE) |
| -v- | | ORDER |
| ATALIAN GLOBAL SERVICES INC., and ATALIAN US NEW ENGLAND, LLC, | | |
| | Defendants and Counterclaim-Plaintiffs. | |

PAUL A. ENGELMAYER, District Judge:

On April 2, 2021, the Court issued an order resolving several discovery disputes and, given the impending close of fact discovery, directing that "the outstanding process of document review and production be complete by the close of business on Friday, April 9, 2021." Dkt. 69 ("Order") at 2. On April 12, 2021, the Court received a letter from Glenn A. Pratt ("Pratt"), and has since received a request to respond via phone from defendants. Dkt. 72. Pratt's letter states that, as of April 12, 2021, defendants had failed produce *any* additional documents, including those specifically required by the Court's Order, ostensibly on the basis that the April 9 deadline did not apply to them. *See id.* at 1; Order at 7–9.

To be clear, April 9, 2021 was the deadline for document productions for *all parties*. That deadline could not reasonably have been misunderstood by defendants, who are now ordered to finish their document production by tomorrow, April 14, 2021, at 5:00 p.m.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 13, 2021
      New York, New York