UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------

GLENN A. PRATT,

                      Plaintiff and Counterclaim-Defendant,

          -v-

ATALIAN GLOBAL SERVICES INC.,
and ATALIAN US NEW ENGLAND, LLC,

                      Defendants and Counterclaim-Plaintiffs.

20 Civ. 3710 (PAE)

ORDER

--------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

      The Court has received letters from plaintiff Glenn A. Pratt ("Pratt") and defendants Atalian Global Services Inc. and Atalian US New England, LLC ("Atalian"), regarding Atalian's alleged noncompliance with recent court orders and Pratt's alleged false claims to that effect. Dkts. 76–77. Both sides now seek sanctions against the other. The Court hereby schedules a conference to discuss these issues for tomorrow, **April 21, 2021, at 4:30 p.m.** The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key, at that time. Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers. As soon as possible, the parties should email the Court, at engelmayernysdchambers@nysd.uscourts.gov, with the names of the attorneys who will be speaking for each party and the number from which they will be calling in.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 20, 2021
       New York, New York