UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLENN A. PRATT,<br><br>                Plaintiff and Counterclaim-Defendant,<br><br>    -v-<br><br>ATALIAN GLOBAL SERVICES INC.,<br>and ATALIAN US NEW ENGLAND, LLC,<br><br>                Defendants and Counterclaim-Plaintiffs. | 20 Civ. 3710 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

The Court yesterday held a conference at which it resolved the parties pending discovery disputes. Dkts. 76–77. The Court's decisions on the issues raised are reflected on the transcript of that conference. The Clerk of Court is respectfully directed to terminate the motion pending at docket 76.

SO ORDERED.

                                                              *Paul A. Engelmayer*
                                                            PAUL A. ENGELMAYER
                                                            United States District Judge

Dated: April 22, 2021
       New York, New York