UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLENN A. PRATT,<br><br>                          Plaintiff,<br>                    -v-<br><br>ATALIAN GLOBAL SERVICES INC. ET AL,<br><br>                          Defendants. | 20 Civ. 3710 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On August 9, 2021, this Court held a pre-motion conference regarding the parties' pre-motion letters in anticipation of potential summary judgment motions. The Court reserves judgment as to whether to entertain motions for summary judgment in advance of a bench trial, or whether to consider such motions in the course of a bench trial.

The Court directs the parties to submit a joint letter by August 20, 2021 following their settlement conference on August 16, 2021, notifying the Court whether the case has settled, and if not, setting out each party's estimate of the length of a bench trial on each of the following assumptions: (1) that plaintiff prevails in all aspects of his anticipated motion for summary judgment; (2) that defendants prevail in all aspects of their anticipated motions for summary judgment; and (3) that no anticipated summary judgment motion is granted.

SO ORDERED.

                                                                                          _____
                                                                                          PAUL A. ENGELMAYER
                                                                                          United States District Judge

Dated: August 10, 2021
           New York, New York