UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLENN A. PRATT,

                                          Plaintiff,                    20 Civ. 3710 (PAE)

                      -v-

ATALIAN GLOBAL SERVICES INC., et al.,                  ORDER

                                         Defendants.

---

PAUL A. ENGELMAYER, District Judge:

The Court has received counsels' joint letter notifying the Court that the parties were unable to settle this case. Dkt. 98. The Court will permit counsel to pursue the proposed motions for summary judgment, should counsel for both sides prefer to do so—as appears the case—rather than proceeding directly to a bench trial. However, the Court reminds counsel that, upon the Court's review of the motions as filed, the Court may determine that resolving these motions and then proceeding to a bench trial on the outstanding issue(s) is less efficient than proceeding immediately to a bench trial, and on that basis may elect not to resolve the motions.

The Court proposes the following schedule:

1. The parties' joint stipulated facts ("JSF") are due September 13, 2021. (The Court's law clerk will send counsel, as models, copies of helpful JSFs filed in connection with prior summary judgment motions.)

2. Plaintiff's brief in support of summary judgment is due September 27, 2021.

3. Defendant's brief in opposition to plaintiff's motion, and in support of defendant's motion for summary judgment, is due October 12, 2021.

4. Plaintiff's reply brief in support of its motion for summary judgment, and in opposition to defendant's motion for summary judgment, is due October 26, 2021.

5. Defendant's reply brief in support of its motion for summary judgment is due November 5, 2021.

In the event that the parties wish to negotiate alternative dates, the Court will be receptive to a *jointly* proposed alternative schedule that maintains the same sequence of briefs, and provides for the final brief to be due by November 12, 2021.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: August 23, 2021
New York, New York