UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLENN A. PRATT,

                              Plaintiff,

-v-

ATALIAN GLOBAL SERVICES INC., et al.,

                             Defendants.

20 Civ. 3710 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received the parties' submissions regarding a discovery dispute as to whether defendants must produce three due diligence reports referenced in a Rule 30(b)(6) deposition. Dkts. 100, 103. To assist in its resolution of this dispute, the Court directs defendants to produce those reports for review *in camera*. Defendants are to email these to EngelmayerNYSDChambers@nysd.uscourts.gov by the close of business on September 9, 2021.

SO ORDERED.

                                                           *Paul A. Engelmayer*
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: September 8, 2021
           New York, New York