UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLENN A. PRATT,

                           Plaintiff,

-v-

ATALIAN GLOBAL SERVICES INC. et al.,

                          Defendants.

20 Civ. 3710 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On August 27, 2021, plaintiff Glenn Pratt filed a letter motion seeking the production of three due diligence reports, which Pratt alleged had improperly been withheld. Dkt. 100. On September 1, 2021, defendants responded to the motion, arguing, *inter alia*, that the reports were subject to an unwaived privilege. Dkt. 103. On September 8, 2021, the Court directed defendants to submit the reports for *in camera* review. Dkt. 104.

The Court has carefully reviewed the reports and the parties' submissions. The Court finds that the reports are covered by the attorney-client privilege, and that the privilege has not been waived. Therefore, Pratt's motion to compel the production of the reports is denied.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: September 10, 2021
       New York, New York