# EXHIBIT 27

# FILED UNDER SEAL IN ITS ENTIRETY