UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLENN A. PRATT,

                                          Plaintiff,

                -v-

ATALIAN GLOBAL SERVICES INC. ET AL,

                                        Defendants.

20 Civ. 3710 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      On September 28, 2021, plaintiff Glenn A. Pratt moved for leave to file unredacted versions of his memorandum of law in support of his motion for summary judgment, Dkt. 111, Rule 56.1 Statement, Dkt. 112, and Exhibits 4, 19, 21, 22, 24, 26, 27, and 28 to the affidavit of Bryan D. Harrison, Dkt. 113, under seal. Dkt. 114. The documents contain confidential information about defendants' business and are covered by the parties' stipulated protective order, Dkt. 48.

      The motion is granted. The redacted versions at docket entries 111, 112, and 113 will remain unsealed. Docket entries 115–124, containing unredacted versions of the Rule 56.1 Statement, memorandum of law, and Exhibits 4, 19, 21, 22, 24, 26, 27, and 28 to the affidavit of Bryan D. Harrison, are to remain sealed.

      The Court respectfully directs the Clerk of the Court to terminate the motion pending at docket 114.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: September 29, 2021
       New York, New York