UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLENN A. PRATT,

                              Plaintiff,

-v-

ATALIAN GLOBAL SERVICES INC. ET AL,

                              Defendants.

20 Civ. 3710 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

       On October 18, 2021, defendants moved for leave to file unredacted versions of their Rule 56.1 Counterstatement under seal. The documents contain confidential information about defendants' business and are covered by the parties' stipulated protective order, Dkt. 48.

       The motion is granted. The unredacted versions at docket entries 134 and 137 are to remain under seal. Docket entry 133, a redacted Rule 56.1 Counterstatement, is to remain unsealed.

       The Court respectfully directs the Clerk of the Court to terminate the motion pending at docket 136.

       SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: October 18, 2021
         New York, New York