UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLENN A. PRATT,

                             Plaintiff,

          -v-

ATALIAN GLOBAL SERVICES INC. ET AL,

                            Defendants.

20 Civ. 3710 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On November 1, 2021, plaintiff Glenn A. Pratt moved for leave to file unredacted versions of Exhibits G, M, N, O, Q, and S to the affidavit of Bryan D. Harrison under seal. Dkt. 146. The documents contain confidential information about defendants' business and are covered by the parties' stipulated protective order, Dkt. 48.

The motion is granted. The unredacted versions at docket entries 147, 148, 149, 150, 151, and 152 are to remain under seal. Docket entry 144, the redacted affidavit, is to remain unsealed.

The Court respectfully directs the Clerk of the Court to terminate the motion pending at docket 146.

SO ORDERED.

*Paul A. Engely*

PAUL A. ENGELMAYER
United States District Judge

Dated: November 2, 2021
       New York, New York