UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLENN A. PRATT, | |
| Plaintiff, | 20 Civ. 3710 (PAE) |
| -v- | ORDER |
| ATALIAN GLOBAL SERVICES INC., et al., | |
| Defendants. | |

PAUL A. ENGELMAYER, District Judge:

Pending before the Court are the parties' motions for summary judgment. *See* Dkts. 110, 126. As the Court has notified counsel, it may or may not resolve these motions, depending on whether, on its review, proceeding to a bench trial appears the more efficient course. *See* Dkt. 99. Regardless, the Court hereby schedules a bench trial to begin on March 23, 2022, at which the Court will resolve all claims that have not been disposed of on summary judgment.

The parties have indicated to the Court that they are available to commence trial on this date and have estimated that a bench trial would last 5-7 days, assuming that all claims that are presently pending remain to be tried. Dkt. 98. Therefore, the parties are to be prepared for a trial extending until approximately March 31, 2022, and are to remain available on those dates.

The Court, too, will reserve these dates for trial in this matter, with this contingency: As part of the process by which jury trials are being centrally scheduled in the District during the pandemic, certain trials assigned to this judge have been designated as "backup" jury trials for dates during the March 23-31 period. In the event that one of these cases gains top priority for a jury trial, that trial will take precedence over this case. The Court will notify counsel promptly in the event of this development.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 7, 2021
      New York, New York

2