UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLENN A. PRATT,

                            Plaintiff,

            -v-

ATALIAN GLOBAL SERVICES INC. et al.,

                            Defendants.

20 Civ. 3710 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has carefully reviewed the parties' submissions on summary judgment. It remains the Court's strong inclination that most, if not all, claims will require resolution at trial. *See* Dkts. 99, 158. A bench trial remains scheduled to begin on March 23, 2022. *See* Dkt. 158. However, to assist the Court in determining whether there are any issues that the Court may productively resolve on summary judgment, the Court hereby schedules oral argument on the pending cross-motions for summary judgment on **February 2, 2022 at 10 a.m**.

This argument will be held in person in Courtroom 1305 at the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007. Participants are directed to review the District's COVID-19 protocols for courthouse entry, which are available online at https://www.nysd.uscourts.gov/covid-19-coronavirus, to ensure that they will be able to gain access to the courthouse.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: January 21, 2022
       New York, New York