UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLENN A. PRATT,

                              Plaintiff,

            -v-

ATALIAN GLOBAL SERVICES INC. et al.,

                             Defendants.

20 Civ. 3710 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On February 2, 2022, the Court held oral argument on the motions for summary judgment in this case, and directed counsel to make submissions bearing on an area of damages that the defense asserted is cognizable, to wit, its investigative costs. The Court specifically directed defendant Atalian US New England, LLC ("Atalian") to submit documentation of the investigative costs it claims are cognizable bases for damages. On February 7, 2022, Atalian submitted such documentation. *See* Dkt. 164. The Court thanks Atalian for its filing.

On February 7, 2022, Atalian moved to (1) redact non-investigative costs and privileged information reflected in the invoices of Atalian's law firm, Eckert Seamans Cherin & Mellott, LLC, and an investigative firm it retained, Exiger, LLC, and (2) file such invoices under seal. Such redactions, Atalian represents, are necessary, *inter alia*, to safeguard its attorney-client and work product privileges. Dkt. 163. The Court credits Atalian's representation to this effect, and grants Atalian's motion for leave to file the documents with the requested redactions and under

seal. If the Court later has cause to review the redacted material, including on an *ex parte* basis, it will request such from Atalian.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 8, 2022
       New York, New York