UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLENN A. PRATT,

                              Plaintiff,

    -v-

ATALIAN GLOBAL SERVICES INC. et al.,

                              Defendants.

20 Civ. 3710 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On February 9, 2022, the Court scheduled the final pretrial conference in this case for March 9, 2022 at 2 p.m. Dkt. 166. Due to the need to accommodate a time-sensitive sentencing hearing, the Court hereby reschedules it for **10 a.m. the same day, March 9, 2022**.

SO ORDERED.

                                                            _Paul A. Engelmayer_
                                                            PAUL A. ENGELMAYER
                                                            United States District Judge

Dated: February 10, 2022
       New York, New York