UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLENN A. PRATT,

                                    Plaintiff,

            -v-

ATALIAN GLOBAL SERVICES INC. et al.,

                                  Defendants.

20 Civ. 3710 (PAE)

ORDER OF
DISCONTINUANCE

---

PAUL A. ENGELMAYER, District Judge:

       The Court having been advised by the parties that all claims have been settled in principle, Dkt. 168, it is ORDERED that the above-entitled action is hereby dismissed and discontinued without costs, and without prejudice to parties' right to reopen the action within 30 days of the date of this Order if the settlement is not consummated.

       To be clear, any application to reopen must be filed within 30 days of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same 30-day period to be "so ordered" by the Court. Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

       The Clerk of Court is respectfully directed to terminate all deadlines, adjourn the final pretrial conference previously scheduled for March 9, 2022, and bench trial previously scheduled for March 28, 2022, *sine die*, and to close this case.

The Court wishes to commend counsel for their effective advocacy throughout this case. Counsels' arguments on the cross-motions for summary judgment were forceful and insightful. And counsels' proposal that the Court, even if unable to rule on these cross-motions, disclose its preliminary assessment of certain issues was insightful and productive. *See* Dkt. 166. The Court commends counsel and the parties for reaching a pretrial settlement and wishes all well.

SO ORDERED.

PAUL A. ENGELMAYER<br>
United States District Judge

Dated: February 16, 2022
      New York, New York